UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself
and all others similarly situated,

              Plaintiffs,

-against-

REGALO INTERNATIONAL, LLC.

              Defendant.

Case No. 1:22-cv-<u>8252</u>

**<u>NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE</u>**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             March 27, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By:    Mars Khaimov, Esq.
         108-26 64th avenue, Second Floor
         Forest Hills, New York 11375
         Tel (929) 324-0717
         Fax (929) 333-7774
         Email: mars@khaimovlaw.com
         *Attorney for Plaintiff*